**Order filed, April 30, 2014.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-14-00251-CV
_____

### NHH-CANAL STREET APARTMENTS, INC., A TEXAS NON-PROFIT CORPORATION, Appellant

### V.

### HARRIS COUNTY APPRAISAL DISTRICT AND HARRIS COUNTY APPRAISAL DISTRICT APPRAISAL REVIEW BOARD, Appellee

---

**On Appeal from the 295th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-68486**

---

## ORDER

The reporter's record in this case was due **April 22, 2014**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Gina Bench**, the substitute court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM